JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:15-CV-01363-RGK (KKx) | Date | September 29, 2015 |
|---|---|---|---|
| Title | *MENDOZA v. WELLS FARGO BANK, N.A. and NDEX WEST, LLC* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

Not Present      Not Present

**Proceedings:**   **(IN CHAMBERS) ORDER DISMISSING CASE AGAINST NDEX WEST LLC**

On September 14, 2015, this Court granted Defendant Wells Fargo Bank's Motion to Dismiss Plaintiff Mendoza's Complaint. In its Order, the Court also directed Plaintiff to Show Cause within ten days why the case should not also be dismissed against Defendant NDEX West, LLC. The Order specifically stated, "Failure to timely file a response to this order to show cause will result in automatic dismissal."

The ten-day deadline lapsed on September 24, 2015 and Plaintiff failed to file a response to this Court's Order to Show Cause. Accordingly, the Court dismisses the Complaint against Defendant NDEX West, LLC.

**IT IS SO ORDERED.**

:

Initials of Preparer