UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CAROLINE C. MENDOZA, an individual;<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., NDEX WEST, LLC, and DOES 1 to 99, inclusive,<br><br>Defendants. | CASE NO.: 5:15-cv-01363-RGK-KK<br><br>[PROPOSED] JUDGMENT OF DISMISSAL<br><br>[*Assigned to the Hon. Gary R. Klausner*] |

On September 14, 2015, the Court entered an Order granting the Motion to Dismiss Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo"), dismissing the Complaint, in its entirety.

/ / /

/ / /

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is dismissed, as to all parties and as to all causes of action, with prejudice;

2. Judgment is entered in favor of defendant WELLS FARGO BANK, N.A.; and

3. Plaintiff, Caroline C. Mendoza will recover nothing in this action from defendant WELLS FARGO BANK, N.A.

DATED: OCT 2 1 2015

*/s/ Gary Klausner*
HON. GARY R. KLAUSNER
UNITED STATES DISTRICT JUDGE

93000/FR1665/01239380-1                    2                    CASE NO.: 5:15-cv-01363-RGK-KK
                                                              [PROPOSED] JUDGMENT OF DISMISSAL